# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JESSE RONALD THOMAS,** | : | |
| Plaintiff | : | |
| VS. | : | |
| **UNNAMED DEFENDANT(S),** | : | **NO. 5:16-CV-111-MTT-CHW** |
| Defendants | : | **O R D E R** |

Plaintiff Jesse Ronald Thomas, an inmate currently confined at Rockdale County Jail, filed a civil rights complaint under 42 U.S.C. § 1983. In response to this Court's prior Order, Plaintiff has filed a motion requesting that his lawsuit be dismissed. (ECF No. 9). Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Accordingly, Plaintiff's request that this action be dismissed is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT